B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi

In re  SANTANA RANDLE_____,          Case No.  26-10464_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

____Westlake Portfolio Management_____          ____Flagship Credit Acceptance, LLC____
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____1_____
should be sent:                                      Amount of Claim: ____$18,658.96____
  4751 Wilshire Blvd, Suite 100                      Date Claim Filed: ____02/26/2026____
  Los Angeles CA 90010

Phone:  844-358-0648_____                         Phone:  800-900-5150_____
Last Four Digits of Acct #: _____5032_____           Last Four Digits of Acct. #: _____6716_____

Name and Address where transferee payments
should be sent (if different from above):
  3440 Flair Dr, Lockbox # 841637
  El Monte CA 91731

Phone:  844-358-0648_____
Last Four Digits of Acct #:_____5032_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sally Beltran_____          Date:  05/22/2026_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.